# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0488.  JIM DORSEY v. THE STATE.**

In 2007, Jim Dorsey pled guilty to possession of cocaine with intent to distribute, use of a communication facility in committing a felony, and possession of tools for the commission of a crime, for which he was sentenced to 20 years with 2 to serve in prison and the balance to be served on probation.  In 2009, Dorsey pled guilty to theft by receiving stolen property, for which he was sentenced to 10 years on probation.  In 2015, the trial court revoked his probation in full for committing the new offenses of armed robbery, aggravated assault, false imprisonment, possession of a firearm by a convicted felon, and possession of a firearm during the commission of a crime.  Thereafter, Dorsey filed a "Motion to set aside Null and Void Judgment," seeking to set aside the probation revocation order.  The trial court denied the motion. Dorsey then filed this direct appeal.

Because the underlying subject matter of Dorsey's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to obtain review of the order he challenges in this Court.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/25/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*